1014

[No. 46826-3-II. Division Two. July 28, 2015.]

*In the Matter of the Personal Restraint of* JOHN ROBERT ANDERSON, *Petitioner.*

 by unpublished opinion per Johanson, C.J., concurred in by Lee and Sutton, JJ.

[No. 32096-1-III. Division Three. July 28, 2015.]

THE STATE OF WASHINGTON, *Respondent,* v. RICHARD MICHAEL PAYNE, *Appellant.*

 by unpublished opinion per Brown, J., concurred in by Siddoway, C.J., and Korsmo, J.

[No. 32172-0-III. Division Three. July 28, 2015.]

*In the Matter of the Personal Restraint of* WALDO EMERSON WALDRON-RAMSEY, *Petitioner.*

 by unpublished opinion per Siddoway, C.J., concurred in by Fearing and Lawrence-Berrey, JJ.

[No. 32450-8-III. Division Three. July 28, 2015.]

THE STATE OF WASHINGTON, *Appellant,* v. WILLIAM ALEXANDER, *Respondent.*

 by unpublished opinion per Fearing, J., concurred in by Brown, A.C.J., and Lawrence-Berrey, J.